**Paul W. PREISLER et al., Plaintiffs,**

v.

**SECRETARY OF STATE OF MISSOURI et al., Defendants.**

**Civ. A. No. 1716.**

United States District Court, W. D. Missouri, C. D.

Feb. 22, 1972.

As Amended Feb. 23, 1972 and June 6, 1972.

---

Paul W. Preisler, St. Louis, Mo., and Irving Achtenberg, Achtenberg, Sandler & Balkin, for plaintiffs.

Gene E. Voights, and Charles B. Blackmar, Ass't Att'y Gens., for the State of Missouri, for defendants.

J. Anthony Dill, St. Louis, Mo., Harold L. Volkmer, Hannibal, Missouri, for *amici curiae.*

James Millan, Bowling Green, Mo., for The Honorable William L. Hungate, U. S. Representative and Hon. Bill D. Burlison, U. S. Representative.

Edward Welch, Welch and Wheadon, East St. Louis, Ill., for The Hon. William L. Clay, U. S. Representative.

Before GIBSON, Circuit Judge, BECKER, Chief District Judge, and WANGELIN, District Judge.

FINDINGS OF FACT CONCLUSIONS OF LAW AND JUDGMENT ADOPTING JUDICIAL PLAN FOR CONGRESSIONAL DISTRICTS

PER CURIAM:

This is an equitable action filed on July 6, 1971, by nine citizens [1] of the

1. One of whom, Paul W. Preisler, Esquire, has since died.

United States and of the State of Missouri against the Governor, the Secretary of State and the Attorney General of Missouri, in their official capacities.

The plaintiffs seek (1) a judgment declaring the 1969 Missouri statutes dividing the State of Missouri into ten Congressional districts to be unconstitutional, (2) an injunction restraining the defendant Secretary of State from authorizing and permitting electoral processes including future primary and general elections for Congress of the United States from the districts established by the 1969 Act and (3) a judicial redistricting of the State of Missouri into ten constitutional Congressional districts for the preliminary election processes and for the primary and general elections beginning in 1972. (The injunction sought presumably would continue until the General Assembly of Missouri enacts a constitutionally permissible plan of Congressional redistricting.)

The District Judge before whom the action was pending determined the necessity for convening a Three-Judge Court as required by § 2281, Title 28, United States Code, and requested that the Chief Judge of the United States Court of Appeals for the Eighth Circuit convene this court pursuant to § 2284, Title 28, U.S.C. On August 12, 1971, in response to this request the Honorable M. C. Matthes, Chief Judge of the United States Court of Appeals for the Eighth Circuit convened this Three-Judge Court.

Venue and jurisdiction to hear and determine this action on the merits exists under § 1391(b), § 1343(3), § 2201, Title 28, U.S.C., and under § 1983 and § 1988, Title 42, U.S.C.

In April 1969, the Supreme Court of the United States affirmed a district court decision holding the 1967 Missouri Congressional Redistricting Act unconstitutional. Kirkpatrick v. Preisler, 394 U.S. 526, 89 S.Ct. 1225, 22 L.Ed.2d 519. Following this decision the Missouri General Assembly in 1969 enacted the Congressional Redistricting Act under attack in this action. Section 128.204 to Section 128.306, inclusive, Chapter 128 RSMo. In 1970 Congressional elections were held under this 1969 Act.

When the results of the 1970 decennial census became available it was readily apparent that the districts created by the 1969 Act had become constitutionally impermissible in 1971. See Congressional District Data, Districts of the 92d Congress, Missouri, CDD–92–93, June 1971 (a United States Department of Commerce Publication). The facts underlying this conclusion have been verified as a result of the pretrial and trial proceedings herein. Because of population growth and shifts between 1960 and 1970 the disparities between Congressional districts in Missouri, and the variations from the ideal are illustrated by the following uncontroverted tabulation from the currently available 1970 census figures:

| Number of Congressional Seats: | | 10 |
|---|---|---|
| Total Population: | | 4,677,399 |
| Ideal Population for Each Congressional District: | | 467,740 |

Actual Population for Each District Created by 1969 Act:

| District | Actual Population Per 1970 Census | Variation from Ideal |
|---|---|---|
| First | 377,097 | − 90,643 |
| Second | 508,745 | + 41,005 |
| Third | 376,211 | − 91,529 |
| Fourth | 527,990 | + 60,250 |
| Fifth | 379,619 | − 88,121 |
| Sixth | 462,024 | − 5,716 |
| Seventh | 481,313 | + 13,573 |
| Eighth | 604,525 | +136,785 |
| Ninth | 551,132 | + 83,392 |
| Tenth | 408,743 | − 58,997 |

None of the minor corrections in the preliminary 1970 census data substantially affects these figures.

On the basis of these 1970 census population figures, we conclude, without disagreement by any formal party, *amicus curiae* or any other interested person, that the 1969 Missouri Congressional Redistricting Act, *supra*, is unconstitutional and that no present or future Congressional preliminary election processes or primary or general elections may be held thereunder.

In early recognition of this inevitable conclusion the 76th General Assembly of Missouri at its regular session in 1971 considered legislation calculated to create in time for the 1972 elections ten new constitutionally permissible Congressional districts. Until November 22, 1971, we refrained from further judicial action with the hope that the Missouri General Assembly would be called into special session and would cause to be enacted into law, in time for the 1972 election processes a constitutionally permissible Congressional redistricting plan.

On November 22, 1971, we held a plenary evidentiary hearing to secure a basic record for action on the merits of this case when a decision was required. To give the Missouri General Assembly further time to act, action herein was stayed until January 31, 1972, when final hearings herein were held and the cause submitted. Unfortunately, no new Missouri Congressional Redistricting Act has been enacted into law as of mid-February 1972, the latest practicable time for legislative action. Now most formal and interested parties agree that we must render a decision in this case on the basis of the pretrial and trial.

So left with no alternative, reluctantly we proceed to establish by judicial action a constitutionally permissible Congressional redistricting plan for Missouri under which future primary and general elections for Congressional seats must be held until there is enacted into law by the General Assembly of Missouri a constitutionally permissible Congressional redistricting act. In doing so we will give effect as far as is practicable and legal to what we believe to be the will of the majority of the people of Missouri, as far as it can be discerned.

■ The *federal law requires*, and we willingly follow the federal standard that Article I, § 2 of the Constitution of the United States requires that "as nearly as is practicable one man's vote in a congressional election is to be worth as much as another's". This rule was enunciated in Wesberry v. Sanders, 376 U.S. 1, 84 S.Ct. 526, 11 L.Ed.2d 481, and further defined in Kirkpatrick v. Preisler, *supra*.

■ In addition to this federal standard, Section 45 of Article III of the Missouri Constitution, V.A.M.S., requires that the Congressional districts ". . . be composed of contiguous territory as compact and as nearly equal in population as may be." In devising a judicial plan of Congressional redistricting we respect and follow this state standard, as a matter of law and comity.

■ Some evidence of the will of the people of Missouri in some respects is found in the alignment of Congressional districts in the now obsolete 1969 Missouri Congressional Redistricting Act. To the extent practicable we give consideration to the salvageable portions of that Act.

Imperfect and to some extent inconsistent indicia of the will of the people of Missouri and their elected representatives are found in the two 1971 Congressional redistricting bills, each of which was passed by one branch of the Missouri General Assembly. Neither bill passed both branches of the Missouri General Assembly. The Missouri House of Representatives passed House Committee Substitute for Senate Committee Substitute for Senate Bill No. 370 containing a plan of Congressional redistricting. The Missouri Senate passed Senate Committee Substitute for Senate Bill No. 370 containing a substantially different plan. Neither bill passed both branches of the Missouri General Assembly, which remain in disagreement up to the present time.

Giving consideration to all factors and arguments advanced by the parties and *amici curiae* we have decided to establish the attached judicially devised constitutionally permissible plan for creating ten new Congressional districts from which the ten members of the United States House of Representatives from Missouri shall be elected in 1972 and in subsequent years unless and until there

shall be timely enacted a new constitutionally permissible Missouri Congressional Redistricting Act. The judicial plan is appended hereto marked "Exhibit A" and made a part as if fully set out herein in words and figures.

In this plan an effort has been made to avoid splitting counties except where necessary. Furthermore an effort has been given to retaining counties in present districts as far as practicable and legally permissible. Compactness of districts, in the degree required by state law, has been achieved.

According to figures certified at our request by the System's Specialist, Andrew S. Loebl of the Administrative Services, Division of Budget and Comptroller of the State of Missouri, the 1970 census population figures of the judicially approved Congressional districts are as follows:

| | |
|---|---|
| Number of Congressional Seats: | 10 |
| Total Population: | 4,677,399 |
| Ideal Population for Each Congressional District: | 467,740 |
| Actual Population for Each District Created by 1972 Judicial Plan: | |

| District | Actual Population Per 1970 Census | Variation from Ideal | Percent Variation from Ideal |
|---|---|---|---|
| First | 468,056 | + 316 | + .0675% |
| Second | 468,808 | + 1,068 | + .2283% |
| Third | 467,544 | – 196 | – .0419% |
| Fourth | 466,940 | – 800 | – .1711% |
| Fifth | 467,457 | – 283 | – .0605% |
| Sixth | 469,642 | + 1,902 | + .4066% |
| Seventh | 466,699 | – 1,041 | – .2225% |
| Eighth | 467,532 | – 208 | – .0444% |
| Ninth | 467,990 | + 250 | + .0534% |
| Tenth | 466,731 | – 1,009 | – .2157% |

Population deviation from highest to lowest populated district is 2943.

Percent deviation from highest to lowest populated district is .6291%.

Most populated district is District Number 6.

Least populated district is District Number 7.

The minor variations from the ideal are constitutionally permissible under the Constitution of the United States.

We express our gratitude to the State of Missouri, and in particular to the Division of Budget and Comptroller, and the members of the Missouri General Assembly and others who assisted as *amici curiae*. In this connection we note that the plan established hereby was devised solely by us, and we accept full responsibility therefor.

For the foregoing reasons, it is hereby

Ordered and adjudged and declared that the 1969 Missouri Congressional Redistricting Act, Section 128.203 to and including Section 128.306 of Chapter 128, RSMo., is unconstitutional. It is further

Ordered and adjudged that the defendant Secretary of State of Missouri be, and he is hereby, permanently enjoined and restrained from holding or permitting any primary or general election or administering any preliminary election processes thereunder. It is further

Ordered and adjudged that Congressional election processes and Congressional primary and general elections in 1972 and thereafter be conducted in and from the Congressional districts established in this judgment and by Exhibit A appended hereto and made a part hereof unless and until the State of Missouri enacts a timely and constitutionally permissible new Congressional Redistricting Act and such new act is timely submitted to and approved by this Court. It is further

Ordered and adjudged that this Court retain jurisdiction to implement, enforce and amend this judgment and to make such other orders and judgments as in the premises shall be meet and just.

EXHIBIT A

The 1972 Judicial Congressional Redistricting Plan for Missouri is set forth in words and figures.

CONGRESSIONAL DISTRICT NUMBER 1

St. Louis County (Part)

| | |
|---|---|
| Normandy Township | 35,800 |
| Washington Township | 18,427 |
| Hadley Township | 23,025 |
| Lincoln Township | 21,850 |
| Jefferson Township | 31,970 |
| Clayton Township (Part) Census tracts or portions of census tracts within Clayton Township as listed: | |
| Census Tract 2164 | 6,544 |
| Census Tract 2189 | 7,266 |

Gravois Township (Part)   Census tracts or portions of census tracts within Gravois Township as listed:

| | | |
|---|---|---:|
| Census Tract | 2196 | 2,034 |

Creve Coeur Township (Part)   Census tracts or portions of census tracts within Creve Coeur Township as listed:

| | | |
|---|---|---:|
| Census Tract | 2159 | 6,458 |
| Census Tract | 2162 | 6,745 |

St. Louis City (Part)   Census tracts or portions of census tracts within St. Louis City as listed:

| | | |
|---|---|---:|
| Census Tract | 1051 | 4,538 |
| Census Tract | 1052 | 6,731 |
| Census Tract | 1053 | 6,730 |
| Census Tract | 1054 | 5,358 |
| Census Tract | 1055 | 7,850 |
| Census Tract | 1061 | 9,939 |
| Census Tract | 1062 | 7,210 |
| Census Tract | 1063 | 8,325 |
| Census Tract | 1064 | 6,436 |
| Census Tract | 1065 | 7,337 |
| Census Tract | 1066 | 7,162 |
| Census Tract | 1067 | 7,589 |
| Census Tract | 1071 | 1,385 |
| Census Tract | 1072 | 2,553 |
| Census Tract | 1073 | 6,640 |
| Census Tract | 1074 | 5,891 |
| Census Tract | 1075 | 5,480 |
| Census Tract | 1076 | 4,168 |
| Census Tract | 1077 | 6,727 |
| Census Tract | 1081 | 3,952 |
| Census Tract | 1082 | 2,876 |
| Census Tract | 1083 | 2,814 |
| Census Tract | 1084 | 1,078 |
| Census Tract | 1085 | 1,778 |
| Census Tract | 1091 | 6,918 |
| Census Tract | 1092 | 401 |
| Census Tract | 1093 | 3,910 |
| Census Tract | 1094 | 2,613 |
| Census Tract | 1095 | 3,073 |
| Census Tract | 1101 | 7,446 |
| Census Tract | 1102 | 7,103 |
| Census Tract | 1103 | 7,324 |
| Census Tract | 1104 | 6,923 |
| Census Tract | 1105 | 6,209 |
| Census Tract | 1111 | 9,109 |
| Census Tract | 1112 | 7,878 |
| Census Tract | 1113 | 6,674 |
| Census Tract | 1114 | 7,357 |
| Census Tract | 1115 | 5,914 |
| Census Tract | 1121 | 7,128 |
| Census Tract | 1122 | 6,085 |
| Census Tract | 1123 | 6,166 |
| Census Tract | 1124 | 5,261 |
| Census Tract | 1192 | 5,533 |
| Census Tract | 1201 | 4,576 |
| Census Tract | 1202 | 3,908 |
| Census Tract | 1203 | 7,509 |
| Census Tract | 1212 | 6,752 |
| Census Tract | 1213 | 11,124 |
| Census Tract | 1214 | 984 |
| Census Tract | 1252 | 6,080 |
| Census Tract | 1254 | 1,350 |
| Census Tract | 1261 | 5,707 |
| Census Tract | 1262 | 1,347 |
| Census Tract | 1263 | 3,897 |
| Census Tract | 1264 | 2,280 |
| Census Tract | 1265 | 2,851 |
| | | 468,056 |

## CONGRESSIONAL DISTRICT NUMBER 2

St. Louis County (Part)

| | | |
|---|---|---:|
| St. Ferdinand Township | | 72,022 |
| Airport Township | | 108,477 |
| Midland Township | | 55,790 |

Creve Coeur Township (Part)   Except for census tracts or portions of census tracts within Creve Coeur Township as listed:   47,097

Except (—)

| | | |
|---|---|---:|
| Census Tract | 2159 | −6,458 |
| Census Tract | 2162 | −6,745 |

Clayton Township (Part)   Except for census tracts or portions of census tracts within Clayton Township as listed:   43,792

Except (—)

| | | |
|---|---|---:|
| Census Tract | 2164 | −6,544 |
| Census Tract | 2189 | −7,266 |

Gravois Township (Part)   Except for census tracts or portions of census tracts within Gravois Township as listed:   26,391

Except (—)

| | | |
|---|---|---:|
| Census Tract | 2196 | −2,034 |
| Census Tract | 2197 | −6,878 |
| Census Tract | 2198 | −9,052 |
| Census Tract | 2208.01 | −7,031 |
| Census Tract | 2208.02 | −5,265 |
| Census Tract | 2208.03 | −5,670 |
| Census Tract | 2212.01 | − 214 |

Ferguson Township (Part)   Census tracts or portions of census tracts within Ferguson Township as listed:   24,402

| | | |
|---|---|---:|
| Census Tract | 2127 | 8,555 |
| Census Tract | 2124 | 2,986 |
| Census Tract | 2125 | 5,945 |
| Census Tract | 2126 | 6,720 |
| Census Tract | 2128 (Part) | 196 |
| Census Tract | 2137 (Part) | 0 |

Bonhomme Township (Part)   Except for census tracts or portions of census tracts within Bonhomme Township as listed:

Except (—)

| | | |
|---|---|---:|
| Census Tract | 2216 | − 1,190 |
| Census Tract | 2178.01 | − 2,032 |
| Census Tract | 2178.02 | − 7,797 |
| Census Tract | 2178.03 | −11,224 |
| | | 468,808 |

## CONGRESSIONAL DISTRICT NUMBER 3

St. Louis County (Part)

| | | |
|---|---|---:|
| Concord Township | | 58,576 |
| Lemay Township | | 60,559 |

Gravois Township (Part)   Census tracts or portions of census tracts within Gravois Township as listed:

| | | |
|---|---|---:|
| Census Tract | 2197 | 6,878 |
| Census Tract | 2198 | 9,052 |
| Census Tract | 2208.01 | 7,031 |
| Census Tract | 2208.02 | 5,265 |
| Census Tract | 2208.03 | 5,670 |
| Census Tract | 2212.01 | 214 |

St. Louis City (Part)  Census tracts or portions of census tracts within St. Louis City as listed:

| | | |
|---|---|---|
| Census Tract | 1011 | 4,166 |
| Census Tract | 1012 | 4,436 |
| Census Tract | 1013 | 5,836 |
| Census Tract | 1014 | 4,138 |
| Census Tract | 1015 | 4,516 |
| Census Tract | 1016 | 1,345 |
| Census Tract | 1017 | 4,441 |
| Census Tract | 1017.99 | 36 |
| Census Tract | 1021 | 3,564 |
| Census Tract | 1022 | 8,274 |
| Census Tract | 1023 | 2,771 |
| Census Tract | 1024 | 3,174 |
| Census Tract | 1025 | 2,514 |
| Census Tract | 1031 | 4,419 |
| Census Tract | 1032 | 4,857 |
| Census Tract | 1033 | 1,209 |
| Census Tract | 1034 | 2,967 |
| Census Tract | 1035 | 1,049 |
| Census Tract | 1036 | 2,145 |
| Census Tract | 1037 | 3,743 |
| Census Tract | 1041 | 4,439 |
| Census Tract | 1042 | 5,716 |
| Census Tract | 1043 | 2,829 |
| Census Tract | 1044 | 668 |
| Census Tract | 1131 | 6,256 |
| Census Tract | 1132 | 3,079 |
| Census Tract | 1133 | 1,178 |
| Census Tract | 1134 | 1,420 |
| Census Tract | 1141 | 11,028 |
| Census Tract | 1142 | 6,534 |
| Census Tract | 1143 | 7,620 |
| Census Tract | 1151 | 4,612 |
| Census Tract | 1152 | 3,804 |
| Census Tract | 1153 | 7,177 |
| Census Tract | 1154 | 3,999 |
| Census Tract | 1155 | 7,447 |
| Census Tract | 1156 | 6,368 |
| Census Tract | 1157 | 5,021 |
| Census Tract | 1161 | 4,083 |
| Census Tract | 1162 | 7,011 |
| Census Tract | 1163 | 8,597 |
| Census Tract | 1164 | 6,519 |
| Census Tract | 1165 | 6,230 |
| Census Tract | 1171 | 3,052 |
| Census Tract | 1172 | 10,877 |
| Census Tract | 1173 | 7,283 |
| Census Tract | 1174 | 7,554 |
| Census Tract | 1181 | 3,815 |
| Census Tract | 1182 | 4,757 |
| Census Tract | 1183 | 591 |
| Census Tract | 1184 | 1,703 |
| Census Tract | 1185 | 3,623 |
| Census Tract | 1191 | 7,937 |
| Census Tract | 1193 | 6,164 |
| Census Tract | 1221 | 2,737 |
| Census Tract | 1222 | 270 |
| Census Tract | 1224 | 7,043 |
| Census Tract | 1231 | 8,097 |
| Census Tract | 1232 | 4,430 |
| Census Tract | 1233 | 6,289 |
| Census Tract | 1234 | 5,576 |
| Census Tract | 1235 | 50 |
| Census Tract | 1241 | 7,528 |
| Census Tract | 1242 | 5,715 |
| Census Tract | 1243 | 7,522 |
| Census Tract | 1244 | 637 |
| Census Tract | 1245 | 2,595 |
| Census Tract | 1251 | 2,397 |
| Census Tract | 1253 | 587 |
| Census Tract | 1211 | 4,235 |
| | | 467,544 |

## DISTRICT FOUR

| | | |
|---|---|---|
| Barton County | | 10,431 |
| Cass County | | 39,448 |
| Bates County | | 15,468 |
| Vernon County | | 19,065 |
| St. Clair County | | 7,667 |
| Henry County | | 18,451 |
| Johnson County | | 34,172 |
| Lafayette County | | 26,626 |
| Saline County | | 24,837 |
| Pettis County | | 34,137 |
| Benton County | | 9,695 |
| Hickory County | | 4,481 |
| Morgan County | | 10,068 |
| Cooper County | | 14,732 |
| Howard County | | 10,561 |

Jackson County (Part):

| | | |
|---|---|---|
| Blue Township | 186,188 | |
| Less Kansas City | −64,596 | |
| | | 121,592 |
| Fort Osage Township | | 4,193 |
| Prairie Township | | 18,369 |
| Sni—A—Bar Township | | 15,244 |
| Van Buren Township | | 3,602 |

Blue Township (Part)  Census tracts or portions of census tracts within Blue Township as listed:

| | | |
|---|---|---|
| Census Tract | 107.01 | 1,517 |

Brooking Township (Part)  Census tracts or portions of census tracts within Brooking Township as listed:

| | | |
|---|---|---|
| Census Tract | 142 | 156 |
| | 143 | 2,780 |
| | 144 | 824 |
| | 145 | 41 |
| | 125.01 | 4,192 |
| | 125.02 | 3,316 |
| | 125.03 | 1,480 |
| | 127.01 | 6,559 |
| | 127.02 | 594 |
| | 128.02 | 2,642 |
| | | 466,940 |

## CONGRESSIONAL DISTRICT NUMBER 5

Jackson County (Part)

| | |
|---|---|
| Kaw Township | 276,992 |

Blue Township (Part)

| | |
|---|---|
| Kansas City City (Part)  Except for census tracts or portions of census tracts within Kansas City City as listed: | 63,079 |

Except (−)

| | | |
|---|---|---|
| Census Tract | 107.01 | −1,517 |
| Washington Township | | 85,713 |

Brooking Township (Part)  Except for census tracts or portions of census tracts within Brooking Township as listed: 41,673

Except (−)

| | | |
|---|---|---|
| Census Tract | 142 | − 156 |
| Census Tract | 143 | −2,780 |
| Census Tract | 144 | − 824 |
| Census Tract | 145 | − 41 |
| Census Tract | 125.01 | −4,192 |
| Census Tract | 125.02 | −3,316 |
| Census Tract | 125.03 | −1,480 |
| Census Tract | 127.01 | −6,559 |
| Census Tract | 127.02 | − 594 |
| Census Tract | 128.02 | −2,642 |
| | | 467,457 |

## DISTRICT SIX

| | |
|---|---:|
| Adair | 22,472 |
| Atchison County | 9,240 |
| Nodaway County | 22,467 |
| Worth County | 3,359 |
| Harrison County | 10,257 |
| Mercer County | 4,910 |
| Holt County | 6,654 |
| Andrew County | 11,913 |
| Gentry County | 8,060 |
| Daviess | 8,420 |
| Grundy County | 11,819 |
| Sullivan County | 7,572 |
| Buchanan County | 86,915 |
| Clinton County | 12,462 |
| Caldwell County | 8,351 |
| Livingston County | 15,368 |
| Linn County | 15,125 |
| Platte County | 32,081 |
| Clay County | 123,644 |
| Ray County | 17,599 |
| Carroll County | 12,565 |
| Chariton County | 11,084 |
| DeKalb County | 7,305 |
| | 469,642 |

## DISTRICT SEVEN

| | |
|---|---:|
| Jasper County | 79,852 |
| Newton County | 32,901 |
| McDonald County | 12,357 |
| Dade County | 6,850 |
| Lawrence County | 24,585 |
| Barry County | 19,597 |
| Polk County | 15,415 |
| Dallas County | 10,054 |
| Laclede County | 19,944 |
| Greene County | 152,929 |
| Webster County | 15,562 |
| Wright County | 13,667 |
| Christian County | 15,124 |
| Douglas County | 9,268 |
| Stone County | 9,921 |
| Taney County | 13,023 |
| Ozark County | 6,226 |
| Cedar County | 9,424 |
| | 466,699 |

## DISTRICT EIGHT

| | |
|---|---:|
| Howell County | 23,521 |
| Oregon County | 9,180 |
| Texas County | 18,320 |
| Shannon County | 7,196 |
| Dent County | 11,457 |
| Pulaski County | 53,967 |
| Crawford County | 14,828 |
| Washington County | 15,086 |
| Franklin County | 55,116 |
| Gasconade County | 11,878 |
| Maries County | 6,851 |
| Miller County | 15,026 |
| Cole County | 46,228 |
| Osage County | 10,994 |
| Boone County | 80,911 |
| Camden County | 13,315 |
| Moniteau County | 10,742 |
| Phelps County | 29,567 |

St. Louis County (Part):

| | |
|---|---:|
| Meramec Township | 11,106 |

Bonhomme Township (Part)  Census tracts or portions of census tracts within Bonhomme Township as listed:

| | | |
|---|---|---:|
| Census Tract | 2216 | 1,190 |
| Census Tract | 2178.01 | 2,032 |
| Census Tract | 2178.02 | 7,797 |
| Census Tract | 2178.03 | 11,224 |
| | | 467,532 |

## DISTRICT NINE

| | |
|---|---:|
| Callaway County | 25,950 |
| Putnam County | 5,916 |
| Macon County | 15,432 |
| Schuyler County | 4,665 |
| Scotland County | 5,499 |
| Clark County | 8,260 |
| Knox County | 5,692 |
| Lewis County | 10,993 |
| Shelby County | 7,906 |
| Marion County | 28,121 |
| Randolph County | 22,434 |
| Monroe County | 9,542 |
| Ralls County | 7,764 |
| Audrain County | 25,362 |
| Pike County | 16,928 |
| Montgomery County | 11,000 |
| Lincoln County | 18,041 |
| St. Charles County | 92,954 |

St. Louis County (Part):

| | |
|---|---:|
| Spanish Lake Township | 40,905 |
| Florissant Township | 78,551 |

Ferguson Township (Part)  Except for census tracts or portions of census tracts within Ferguson Township as listed: 16,376

| | | |
|---|---|---:|
| Except (−) | | |
| Census Tract | 2127 | −8,555 |
| Census Tract | 2124 | −2,986 |
| Census Tract | 2125 | −5,945 |
| Census Tract | 2126 | −6,720 |
| Census Tract | 2128 (Part) | − 196 |
| Census Tract | 2137 (Part) | − 0 |
| Warren County | | 9,699 |
| | | 467,990 |

## DISTRICT TEN

| | |
|---|---:|
| Dunklin County | 33,742 |
| Pemiscot County | 26,373 |
| New Madrid County | 23,420 |
| Mississippi County | 16,647 |
| Butler County | 33,529 |
| Ripley County | 9,803 |
| Stoddard County | 25,771 |
| Scott County | 33,250 |
| Carter County | 3,878 |
| Reynolds County | 6,106 |
| Wayne County | 8,546 |
| Bollinger County | 8,820 |
| Cape Girardeau County | 49,350 |
| Iron County | 9,259 |
| St. Francois County | 36,818 |
| St. Genevieve County | 12,867 |
| Jefferson County | 105,248 |
| Perry County | 14,393 |
| Madison County | 8,641 |
| | 466,731 |

maps will be substituted for the
maps of St. Louis City, St. Louis
County and Jackson County.

INSERT A
## CITY of ST. LOUIS

SCALE IN MILES

[A5234]

maps will be substituted for the maps of St. Louis City, St. Louis County and Jackson County.

[A5235]

JACKSON COUNTY

— CENSUS TRACTS
oo TOWNSHIP BOUNDARY
△△ INCORPORATED AREA

ADMINISTRATIVE SERVICES

*Standard Metropolitan Statistical Area maps will be substituted for the maps of St. Louis City, St. Louis County and Jackson County.*

[A52361]

MISSOURI
ADMINISTRATIVE SERVICES

[A5237]

---

WILLIAM H. BECKER, Chief District Judge (specially concurring):

The plan approved by the *per curiam* opinion and judgment is constitutionally sound and permissible. It also has many meritorious features from a high level political standpoint, even though it obviously will not please everyone. Indeed it is impossible to devise a plan which will please everyone.

My initial proposal was to adopt with minor improvements the plan contained in the House Committee Substitute for Senate Bill No. 370. It was statistically the better of the two plans of the Missouri House and Senate. As a matter of principle this initial proposal would have given life to the best of the two proposals of the Missouri General Assembly. Thereby the representatives of

the people of Missouri would have participated in the formulation of the judicial plan to the fullest extent possible under the circumstances. And the inclusion of this permissible judicial technique would in the future provide a motive for healthy competition between the branches of state legislatures in approaching the ideal in case agreement between the two branches again becomes impossible.